No. 88–1142. HELBA v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 88–1285. INTERMOUNTAIN RURAL ELECTRIC ASSN. v. NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.

No. 88–1308. VALERA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–1317. CHURCHILL'S SUPER MARKETS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 88–1318. PENNSYLVANIA v. STEIN. Sup. Ct. Pa. Certiorari denied.

No. 88–1346. MORELLA ET AL. v. COOPER/T. SMITH, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1396. UNITED STEELWORKERS OF AMERICA, LOCAL UNION 7533 v. DIXIE ELECTRICAL MANUFACTURING CO. Sup. Ct. Ala. Certiorari denied.

No. 88–1397. TELECTRONICS, INC., ET AL. v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 88–1457. OWENS v. TEXACO INC. C. A. 5th Cir. Certiorari denied.

No. 88–1468. JOHNSTONE v. AMOCO OIL CO. C. A. 7th Cir. Certiorari denied.

No. 88–1472. FULLER, INDIVIDUALLY AND AS PROVISIONAL TUTRIX OF THE MINOR, FULLER v. UNITED STATES AIRCRAFT INSURANCE GROUP. Ct. App. La., 2d Cir. Certiorari denied.

No. 88–1475. JOHNSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 88–1477. ABSENTEE SHAWNEE TRIBE OF INDIANS OF OKLAHOMA v. KANSAS. C. A. 10th Cir. Certiorari denied.